UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>v.<br><br>GABRIEL PIES,<br><br>                    Defendant. | Case No.: 17cr3090-GPC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S REQUEST FOR DOCUMENTS** |

On April 25, 2018, Defendant filed a "Motion to Receive [sic] Appellate Documentation Under Rule 10 & 24" *nunc pro tunc* to April 23, 2018. Petition requests the following: (1) Sentencing Transcripts; (2) Plea Agreement; (3) Judgment and Commitment; (4) Docket Sheet. Petition states that he would like to review the above documents pursuant to Federal Rule of Appellate Procedure Rule 10(a)-(b).

The Court finds that Defendant has not yet provided an adequate showing that he is entitled to sentencing transcripts at no cost at this stage of the litigation. If a notice of appeal is filed, the Federal Rules of Appellate Procedure and Ninth Circuit Rule 10-3 provide processes for the ordering of transcripts that Defendant may follow at that time. *See* Fed. R. App. P. 10(b)(1) (requiring that Appellant must order transcript of proceedings within 14 days after filing of the notice of appeal). *See United States v.*

1

*Bagby*, 2011 WL 810709, at *2 (N.D. Okla. Mar. 1, 2011) ("Because defendant has not yet filed a direct appeal, his absolute right to a transcript does not apply at this time.").

The Court will, however, direct the Court of Clerk to provide Defendant with the remaining documents. The Court of Clerk is directed to send a copy of the Plea Agreement, Judgment, and Docket to Defendant.

**IT IS SO ORDERED.**

Dated: April 30, 2018

Hon. Gonzalo P. Curiel
United States District Judge